

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: 9:10-cv-80771-KLR

| | |
|---|---|
| Roy Magnifico, Roma Lim, Rezza Real, Jeanette Halup, Bonifacio Ramos, Lucille Liwag, Ross Ripotola, Raul Rueda, Aries Caluya, Aris Ordonez, Ritche Relampagos, Percival De Quiros, and Jose Auingan, <br><br> Plaintiffs <br><br> v. <br><br> Roberto Villanueva, Lina Fernandez, Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**MOTION FOR LIMITED APPEARANCE OF ANNIE B. SMITH
TO REPRESENT PLAINTIFFS, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Annie B. Smith, in her capacity as Visiting Associate Clinical Professor of Law at the George Washington University Law School, 2000 G Street NW, Washington, DC 20052, (202) 994-7659, for purposes of limited appearance as co-counsel on behalf of the Plaintiffs herein, in the above-styled case only, and pursuant to Rule 2B,

Southern District of Florida, CM/ECF Administrative Procedures, to permit Annie B. Smith to receive electronic filings in this case, and in support thereof states as follows:

1. Annie B. Smith is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of Wisconsin, New Jersey and District of Columbia.

2. Movant, Gregory S. Schell, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Annie B. Smith has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Annie B. Smith, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Annie B. Smith at email address: absmith@law.gwu.edu.

WHEREFORE, Gregory S. Schell moves this Court to enter an Order permitting Annie B. Smith to appear before this Court on behalf of the Plaintiffs herein for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide Notice of Electronic Filings to Annie B. Smith at email address: absmith@law.gwu.edu.

Dated: _September 14, 2010_   Respectfully Submitted,

_/s/ Gregory S. Schell_
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
FLORIDA LEGAL SERVICES, INC.
508 Lucerne Avenue
Lake Worth, FL 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884
Email: Greg@Floridalegal.org
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: 9:10-cv-80771-KLR

| | |
|---|---|
| Roy Magnifico, Roma Lim, Rezza Real, Jeanette Halup, Bonifacio Ramos, Lucille Liwag, Ross Ripotola, Raul Rueda, Aries Caluya, Aris Ordonez, Ritche Relampagos, Percival De Quiros, and Jose Auingan, <br><br> Plaintiffs <br><br> v. <br><br> Roberto Villanueva, Lina Fernandez, Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATION OF ANNIE B. SMITH

Pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, Annie B. Smith hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a member in good standing of the Bars of Wisconsin, New Jersey and the District of Columbia.

Attached as Exhibit A are Certificates of Good Standing certifying that Annie B. Smith is an attorney in good standing of the Bars of Wisconsin, New Jersey and the District of Columbia.

Dated: 9/11/10                               Respectfully Submitted,

                                                       _____
                                                      Annie B. Smith
                                                      Visiting Associate Clinical Professor of Law and
                                                      Friedman Fellow
                                                      The George Washington University Law School
                                                      2000 G Street, NW
                                                      Washington, DC 20052
                                                      Telephone: (202) 994-7659
                                                      Fax: (202) 994-4693
                                                      Email: absmith@law.gwu.edu

# Exhibit A

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **ANNIE B SMITH** *(No.* **039992006** *) was constituted and appointed an Attorney at Law of New Jersey on* **November 14, 2006** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **20TH** *day of* **July** *, 20* **10**.

_____
Clerk of the Supreme Court

-453a-

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

A. John Voelker
Acting Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

*I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

ANNIE SMITH

*was admitted to practice as an attorney within this state on October 3, 2006 and is presently in good standing in this court.*

Dated: July 22, 2010

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

ANNE BONACCI SMITH

was on the   7TH   day of   JUNE, 2010

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 27, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
Deputy Clerk

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance of Annie B. Smith, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings, Certification of Annie B. Smith, and proposed Order were served by process server along with a copy of the Complaint and Civil RICO Case Statement as follows:

Roberto Villanueva on September ____, 2010.

Lina Fernandez on September ____, 2010.

Star One Staffing, Inc. on September ____, 2010.

Star One Staffing International on September ____, 2010.

Mary Jane Hague on September ____, 2010.

John Carruthers on September ____, 2010.

Ruth Carruthers on September ____, 2010.

Signed and certified this ____ day of _____, 2010 by:

_____
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
FLORIDA LEGAL SERVICES, INC.
508 Lucerne Avenue
Lake Worth, FL 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884
Email: Greg@Floridalegal.org
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: 9:10-cv-80771-KLR

| | |
|---|---|
| Roy Magnifico, Roma Lim, Rezza Real, Jeanette Halup, Bonifacio Ramos, Lucille Liwag, Ross Ripotola, Raul Rueda, Aries Caluya, Aris Ordonez, Ritche Relampagos, Percival De Quiros, and Jose Auingan,<br><br>Plaintiffs<br><br>v.<br><br>Roberto Villanueva, Lina Fernandez, Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
ANNIE B. SMITH, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS MATTER is before the Court on the Motion for Limited Appearance of Annie B. Smith, and Consent to Designation requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Annie B. Smith in this matter and request to electronically receive notice of electronic filings.  Having considered the motion and all other relevant factors, it is hereby

ORDERED that:

(1) The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Annie B. Smith of the George Washington University Law School shall appear and participate in this action on behalf the Plaintiffs; and

(2) The Clerk shall provide electronic notification of all electronic filings to Annie B. Smith at absmith@law.gwu.edu.

DONE and ORDERED in West Palm Beach, Florida, this _____ day of _____, 2010.

                                                                                                     _____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel and Parties of Record