

FILED by _____ D.C.

SFP 1 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

### WEST PALM BEACH DIVISION

Case No.: 9:10-cv-80771-KLR

| | |
|---|---|
| Roy Magnifico, Roma Lim, Rezza Real, Jeanette Halup, Bonifacio Ramos, Lucille Liwag, Ross Ripotola, Raul Rueda, Aries Caluya, Aris Ordonez, Ritche Relampagos, Percival De Quiros, and Jose Auingan, | ) ) ) ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| Roberto Villanueva, Lina Fernandez, Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers, | ) ) ) ) ) |
| Defendants. | ) ) ) ) ) |

**MOTION FOR LIMITED APPEARANCE OF LYNSAY K. GOTT TO REPRESENT PLAINTIFFS, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Lynsay K. Gott, Esquire, in her capacity as Refugee and Detention Project Associate at the World Organization for Human Rights USA, 2029 P Street NW, Suite 202, Washington, DC 20036, (202) 296-5702, for purposes of limited appearance as co-counsel on behalf of the Plaintiffs herein, in the above-styled case only, and

pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Lynsay K. Gott to receive electronic filings in this case, and in support thereof states as follows:

1. Lynsay K. Gott is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of Maryland and the District of Columbia.

2. Movant, Gregory S. Schell, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Lynsay K. Gott has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Lynsay K. Gott, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Lynsay K. Gott at email address: lgott@humanrightsusa.org.

WHEREFORE, Gregory S. Schell moves this Court to enter an Order permitting Lynsay K. Gott to appear before this Court on behalf of the Plaintiffs herein for all purposes relating to

the proceedings in the above-styled matter and directing the Clerk to provide Notice of Electronic Filings to Lynsay K. Gott at email address: lgott@humanrightsusa.org.

Dated: 9/14/2010

Respectfully Submitted,

_____
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
FLORIDA LEGAL SERVICES, INC.
508 Lucerne Avenue
Lake Worth, FL 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884
Email: Greg@Floridalegal.org
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: 9:10-cv-80771-KLR

| | |
|---|---|
| Roy Magnifico, Roma Lim, Rezza Real, Jeanette Halup, Bonifacio Ramos, Lucille Liwag, Ross Ripotola, Raul Rueda, Aries Caluya, Aris Ordonez, Ritche Relampagos, Percival De Quiros, and Jose Auingan,<br><br>        Plaintiffs<br><br>        v.<br><br>Roberto Villanueva, Lina Fernandez, Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF LYNSAY K. GOTT

Pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, Lynsay K. Gott hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a member in good standing of the Bar of Maryland and the District of Columbia. Attached as Exhibit A are Certificates of Good Standing certifying that Lynsay K. Gott is an attorney in good standing of the Bars of Maryland and the District of Columbia.

Dated: 09/07/10                             Respectfully Submitted,

                                                               Lynsay K. Gott, Esq.
Refugee and Detention Project Associate
World Organization for Human Rights USA
2029 P Street NW, Suite 202
Washington, DC 20036
Telephone: (202) 296-5702
Fax: (202) 296-5704
E-Mail: lgott@humanrightsusa.org

# Exhibit A



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____LYNSAY GOTT_____

was on the  1ST  day of  FEBRUARY, 2010

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 15, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
    Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eleventh day of December, 2007,

### Lynsay Kaye Gott

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this second day of July, 2010.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance of Lynsay K. Gott, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings, Certification of Lynsay K. Gott, and proposed Order were served by process server along with a copy of the Complaint and Civil RICO Case Statement as follows:

Roberto Villanueva on September ____, 2010.

Lina Fernandez on September ____, 2010.

Star One Staffing, Inc. on September ____, 2010.

Star One Staffing International on September ____, 2010.

Mary Jane Hague on September ____, 2010.

John Carruthers on September ____, 2010.

Ruth Carruthers on September ____, 2010.

Signed and certified this ____ day of _____, 2010 by:

_____
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
FLORIDA LEGAL SERVICES, INC.
508 Lucerne Avenue
Lake Worth, FL 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884
Email: Greg@Floridalegal.org
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: 9:10-cv-80771-KLR

| | |
|---|---|
| Roy Magnifico, Roma Lim, Rezza Real, Jeanette Halup, Bonifacio Ramos, Lucille Liwag, Ross Ripotola, Raul Rueda, Aries Caluya, Aris Ordonez, Ritche Relampagos, Percival De Quiros, and Jose Auingan,<br><br>Plaintiffs<br><br>v.<br><br>Roberto Villanueva, Lina Fernandez, Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
LYNSAY K. GOTT, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS MATTER is before the Court on the Motion for Limited Appearance of Lynsay K. Gott, and Consent to Designation requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Lynsay K. Gott in this matter and request to electronically receive notice of electronic filings. Having considered the motion and all other relevant factors, it is hereby

ORDERED that:

(1) The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Lynsay K. Gott of the World Organization for Human Rights USA shall appear and participate in this action on behalf the Plaintiffs; and

(2) The Clerk shall provide electronic notification of all electronic filings to Lynsay K. Gott at lgott@humanrightsusa.org.

DONE and ORDERED in West Palm Beach, Florida, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel and Parties of Record