UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 9:10-CV-80771-KLR

ROY MAGNIFICO, et al.,

      Plaintiffs,

vs.

ROBERTO VILLANUEVA, LINA
FERNANDEZ, STAR ONE STAFFING,
INC.,   STAR   ONE   STAFFING
INTERNATIONAL,   MARY   JANE
HAGUE, JOHN CARRUTHERS and
RUTH CARRUTHERS,

      Defendants.

_____/

## DEFENDANTS', STAR ONE STAFFING , INC.,
## STAR ONE STAFFING INTERNATIONAL, INC., MARY JANE HAGUE,
## JOHN CARRUTHERS, AND RUTH CARRUTHERS,
## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' CIVIL COMPLAINT

Defendants, Star One Staffing, Inc. ("Star One"), Star One Staffing International, Inc.

("SOSI"), Mary Jane Hague ("MJH"), John Carruthers ("JC"), and Ruth Carruthers ("RC"),

hereby file their Answer and Affirmative Defenses to Plaintiffs' Civil Complaint (hereinafter

referred to as "Complaint").   Concurrent with the filing of this Answer and Affirmative

Defenses, Star One, SOSI, MJH, JC and RC are also filing a Motion to Dismiss Plaintiffs' Fifth,

Seventh, Eighth and Ninth Claims.   In the event the Court denies the Motion to Dismiss, Star

One, SOSI, MJH, JC and RC request ten (10) days from the date of that Order to amend this

Answer and Affirmative Defenses to address such claims.

Responses to the corresponding headings and each of the specifically numbered

paragraphs of the factual allegations and remaining counts are as follows:

## PRELIMINARY STATEMENT

1.      In response to the allegations contained in paragraph numbered 1 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs were employees of either Star One or SOSI.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 1 of the Complaint.

2.      Star One, SOSI, MJH, JC and RC deny each and every allegation contained in paragraph 2 of the Complaint.

3.      In response to the allegations contained in paragraph numbered 3 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs purport to bring this action under various laws of the United States, but deny there is any reason for such action.

## JURISDICTION AND VENUE

4.      In response to the allegations contained in paragraph numbered 4 of the Complaint, Star One, SOSI, MJH, JC and RC admit, for jurisdictional purposes only, that this Court has jurisdiction over claims in the Complaint.

5.      In response to the allegations contained in paragraph numbered 5 of the Complaint, Star One, SOSI, MJH, JC and RC admit, for jurisdictional purposes only, that venue is proper in this District.

## PARTIES

6.      In response to the allegations contained in paragraph numbered 6 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs entered the United States during 2005 and 2006 on H-2B visas.  Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the remaining allegations contained in paragraph numbered 6 of the Complaint.

7.       Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph numbered 7 of the Complaint.

8.       In response to the allegations contained in paragraph numbered 8 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Ross Ripotola, Aries Caluya and Faul Rueda ("U.S. Plaintiffs") were already in United States, but deny that they were recruited by Star One, SOSI, MJH, JC or RC.

9.       Star One, SOSI, MJH, JC and RC deny that Star One has operations in Wisconsin, but admit all remaining allegations contained in paragraph numbered 9 of the Complaint.

10.      Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph numbered 10 of the Complaint.

11.      In response to the allegations contained in paragraph numbered 11 of the Complaint, Star One, SOSI, MJH, JC and RC admit that SOSI was a Florida corporation with its principal office located at 2414 Coral Way in Miami, Florida, but deny that SOSI is an ongoing, active business.

12.      Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 12 of the Complaint.

13.      In response to the allegations contained in paragraph numbered 13 of the Complaint, SOSI, MJH, JC and RC admit that documents associated with recruitment of Philippines Plaintiffs include name "Star One" because SOSI had yet to be formed.

14.      Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 14 of the Complaint.

15.      In response to the allegations contained in paragraph numbered 15 of the Complaint, MJH admits that she is the president, treasurer a director and registered agent of Star

One and was a director and registered agent of SOSI.  SOSI is no longer an on-gong business entity.

16.      In response to the allegations contained in paragraph numbered 16 of the Complaint, JC admits that he is chief financial officer of Star One and was a Secretary, Treasurer and a director of SOSI.  SOSI is no longer an on-gong business entity.

17.      In response to the allegations contained in paragraph numbered 17 of the Complaint, RC admits that she is Vice President, Secretary and a director of Star One.

18.      In response to the allegations contained in paragraph numbered 18 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Roberto Villanueva was an employee of Star One from February 6, 2006 through April 30, 2007 and an employee of SOSI  from May 1, 2007 through July 19, 2009.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 18 of the Complaint.

19.      In response to the allegations contained in paragraph numbered 19 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Lina Fernandez was an employee of Star One from March 6, 2006 through April 30, 2007.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 19 of the Complaint.

20.      The allegations in paragraph numbered 20 of the Complaint constitute conclusions of law which cannot be admitted or denied as assertions of fact.  To the extent an answer is required, Star One, SOSI, MJH, JC and RC deny the allegations.

21.      The allegations in paragraph numbered 21 of the Complaint constitute conclusions of law which cannot be admitted or denied as assertions of fact.  To the extent an answer is required, Star One, SOSI, MJH, JC and RC deny the allegations.

22.     The allegations in paragraph numbered 22 of the Complaint constitute conclusions of law which cannot be admitted or denied as assertions of fact.  To the extent an answer is required, Star One, SOSI, MJH, JC and RC deny the allegations.

## STATEMENT OF FACTS

### Migration due to Severe Economic and Political Challenges in the Philippines

23.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 23 of the Complaint.

24.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 24 of the Complaint.

25.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 25 of the Complaint.

### Defendants' Exploitation and Trafficking of Guestworkers from the Philippines

26.     Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 26 of the Complaint.

27.     In response to the allegations contained in paragraph numbered 27 of the Complaint, Star One, SOSI, MJH, JC and RC admit hiring workers from the Philippines under the H-2B program.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 27 of the Complaint.

28.     In response to the allegations contained in paragraph numbered 28 of the Complaint, Star One, SOSI, MJH, JC and RC admit hiring Filipino workers already lawfully in the United States.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 28 of the Complaint.

29.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 29 of the Complaint.

30.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 30 of the Complaint.

31.     In response to the allegations contained in paragraph numbered 31 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs worked in Florida and New York for various clients and Plaintiffs were assigned to various jobs.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 31 of the Complaint.

32.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 32 of the Complaint.

33.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 33 of the Complaint.

34.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 34 of the Complaint.

35.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 35 of the Complaint.

36.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 36 of the Complaint.

37.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 37 of the Complaint.

## Fraudulent Recruitment of Philippines Plaintiffs by Defendants

38.     In response to the allegations contained in paragraph numbered 38 of the Complaint, Star One, SOSI, MJH, JC and RC admit that, in 2006, Star One sought and obtained the approval of H-2B visa petitions for workers from the Philippines.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 38 of the Complaint.

39.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 39 of the Complaint.

40.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 40 of the Complaint.

41.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 41 of the Complaint.

42.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 42 of the Complaint.

43.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 43 of the Complaint.

44.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 44 of the Complaint.

45.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 45 of the Complaint.

46.     In response to the allegations contained in paragraph numbered 46 of the Complaint, Star One, SOSI, MJH, JC and RC admit that MJH and RC traveled to the Philippines to secure workers for Star One, but deny the remaining allegations contained in paragraph numbered 46 of the Complaint.

47.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 47 of the Complaint.

48.     Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 48 of the Complaint.

49.     Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 49 of the Complaint.

50.     Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 50 of the Complaint.

51.     In response to the allegations contained in paragraph numbered 51 of the Complaint, Star One, SOSI, MJH, JC and RC admit that J.E.S. International Manpower Corporation ("J.E.S.") was utilized to facilitate the recruitment and training of Filipino nationals in 2006, but deny the remaining allegations contained in paragraph numbered 51 of the Complaint.

52.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 52 of the Complaint.

53.     Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 53 of the Complaint.

54.     In response to the allegations contained in paragraph numbered 54 of the Complaint, Star One, SOSI, MJH, JC and RC admit that MJH visited J.E.S. once in October 2006, but deny the remaining allegations contained in paragraph numbered 54 of the Complaint.

55.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 55 of the Complaint.

56.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 56 of the Complaint.

57.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 57 of the Complaint.

58.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 58 of the Complaint.

59.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 59 of the Complaint.

60.     Star One, SOSI, MJH, JC and RC deny all allegations contained in paragraph 60, including subparts, of the Complaint.

61.     Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 61 of the Complaint.

62.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 62 of the Complaint.

63.      Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 63 of the Complaint.

64.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 64 of the Complaint.

65.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 65 of the Complaint.

66.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 66 of the Complaint.

67.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 67 of the Complaint.

68.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 68 of the Complaint.

69.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 69 of the Complaint.

70.     In response to the allegations contained in paragraph numbered 70 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs provided personal information to complete applications for the H-2B visa program or for emergency contact information.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 70 of the Complaint.

71.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 71 of the Complaint.

72.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 72 of the Complaint.

73.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 73 of the Complaint.

74.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 74 of the Complaint.

75.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 75 of the Complaint.

76.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 76 of the Complaint.

77.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 77 of the Complaint.

78.     Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 78 of the Complaint.

79.     Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 79 of the Complaint.

## Fraudulent Recruitment of Plaintiffs from the United States

80.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 80 of the Complaint.

81.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 81 of the Complaint.

82.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 82 of the Complaint.

83.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 83 of the Complaint.

## Misrepresentations Regarding Conditions of Employment

84.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny all allegations in paragraph numbered 84, including subparts, of the Complaint.

## Misrepresentations Regarding H-2B Visas

85.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 85 of the Complaint.

## _U.S. Plaintiff Ripotola_

86.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 86 of the Complaint.

87.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 87 of the Complaint.

88.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 88 of the Complaint.

89.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 89 of the Complaint.

90.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 90 of the Complaint.

91.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 91 of the Complaint.

92.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 92 of the Complaint.

93.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 93 of the Complaint.

94.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 94 of the Complaint.

*U.S. Plaintiffs Caluya and Rueda*

95.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 95 of the Complaint.

96.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 96 of the Complaint.

97.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 97 of the Complaint.

98.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 98 of the Complaint.

99.     Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 99 of the Complaint.

100.    Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 100 of the Complaint.

101.    In response to the allegations contained in paragraph numbered 101 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs provided personal information to complete applications for the H-2B visa program or for emergency contact information.  Star One, SOSI, MJH, JC and RC deny the remaining allegations contained in paragraph numbered 101 of the Complaint.

102.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 102 of the Complaint.

103.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 103 of the Complaint.

### Defendants' Coercion and Control of Plaintiffs

104.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 104 of the Complaint.

105.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 105 of the Complaint.

106.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 106 of the Complaint.

107.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 107 of the Complaint.

108.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 108 of the Complaint.

109.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 109 of the Complaint.

<u>Representations Regarding Relationships to U.S. & Philippine Government Officials</u>

110.    Star One, SOSI, MJH, JC and RC admit that MJH's spouse is a County Court Judge for the Eleventh Judicial Circuit of Florida.  Star One, SOSI, MJH, JC and RC deny all remaining allegations contained in paragraph 110 of the Complaint.

111.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 111 of the Complaint.

<i>North Miami Police Officer</i>

112.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 112 of the Complaint.

113.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 113 of the Complaint.

114.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 114 of the Complaint.

<i>Florida Judge</i>

115.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 115 of the Complaint.

116.    In response to the allegations contained in paragraph numbered 116 of the Complaint, Star One, SOSI, MJH, JC and RC admit that MJH's spouse is Judge Andrew Hague.

117.    In response to the allegations contained in paragraph numbered 117 of the Complaint, Star One, SOSI, MJH, JC and RC admit that MJH's spouse is a County Court Judge for the Eleventh Judicial Circuit of Florida.

118.    Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 118 of the Complaint.

119.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 119 of the Complaint.

*U.S. Consular Official*

120.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 120 of the Complaint.

*Deputy Director for U.S. Congressman*

121.    Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 121 of the Complaint.

122.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 122 of the Complaint.

*Philippine Labor Attaché*

123.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 123 of the Complaint.

124.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 124 of the Complaint.

*Influence in the Philippines*

125.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 125 of the Complaint.

126.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 126 of the Complaint.

*Additional Connections*

127.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 127 of the Complaint.

128.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 128 of the Complaint.

<u>Attempts to Isolate Plaintiffs</u>

129.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 129 of the Complaint.

130.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 130 of the Complaint.

<u>Control over Plaintiffs' Movement, Activities and Work</u>

<u>*Restrictions on Plaintiffs' Movement*</u>

131.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 131 of the Complaint.

132.    Star One, SOSI, MJH, JC and RC admit that transportation was provided for Plaintiffs to and from work, but deny all remaining allegations contained in paragraph 132 of the Complaint.

133.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 133 of the Complaint.

134.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 134 of the Complaint.

<u>*Verbal Abuse*</u>

135.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 135 of the Complaint.

136.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 136 of the Complaint.

137.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 137 of the Complaint.

*Forced Excessive Work*

138.    Star One, SOSI, MJH, JC and RC admit that different Plaintiffs were assigned to various positions at different clients depending upon Plaintiffs' work experience.  Star One, SOSI, MJH, JC and RC deny all remaining allegations in paragraph numbered 138 of the Complaint.

139.    In response to the allegations contained in paragraph numbered 139 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs were allowed to work additional shifts if desired.  Star One, SOSI, MJH, JC and RC deny all remaining allegations in paragraph numbered 139 of the Complaint.

140.    In response to the allegations contained in paragraph numbered 140 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs were allowed to work additional shifts for which transportation was provided.  Star One, SOSI, MJH, JC and RC deny all remaining allegations in paragraph numbered 140 of the Complaint.

141.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 141 of the Complaint.

142.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 142 of the Complaint.

143.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 143 of the Complaint.

144.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 144 of the Complaint.

Abuse and Threatened Abuse of the Legal System

*Threats & Misrepresentations Regarding Visas*

145.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 145 of the Complaint.

146.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 146 of the Complaint.

147.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 147 of the Complaint.

148.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 148 of the Complaint.

149.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 149 of the Complaint.

150.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 150 of the Complaint.

151.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 151 of the Complaint.

152.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 152 of the Complaint.

153.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 153 of the Complaint.

*Document Holding*

154.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 154 of the Complaint.

155.    Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 155 of the Complaint.

156.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 156 of the Complaint.

157.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 157 of the Complaint.

158.    In response to the allegations contained in paragraph numbered 158 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Percival De Quiros' visa was not renewed.   Star One, SOSI, MJH, JC and RC deny all remaining allegations in paragraph numbered 158 of the Complaint.

159.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 159 of the Complaint.

*Threats Regarding Arrest, Detention and Deportation*

160.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 160 of the Complaint.

161.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 161 of the Complaint.

162.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 162 of the Complaint.

163.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 163 of the Complaint.

164.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 164 of the Complaint.

165.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 165 of the Complaint.

166.    In response to the allegations contained in paragraph numbered 166 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Caryl Olandesca no longer worked for Star One after December 2006.  Star One, SOSI, MJH, JC and RC deny all remaining allegations in paragraph numbered 166 of the Complaint.

167.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 167 of the Complaint.

168.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 168 of the Complaint.

169.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 169 of the Complaint.

170.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 170 of the Complaint.

171.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 171 of the Complaint.

172.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 172 of the Complaint.

*Threats of Litigation*

173.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 173 of the Complaint.

174.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 174 of the Complaint.

175.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 175 of the Complaint.

**Defendants Hague and J. Carruthers' Role in the Abusive Working Conditions**

176.    In response to the allegations contained in paragraph numbered 176 of the Complaint, Star One, SOSI, MJH, JC and RC admit that a small group of employees came to MJH and JC to discuss treatment by Lina Fernandez and selection of food.  Star One, SOSI, MJH, JC and RC deny all remaining allegations in paragraph numbered 176 of the Complaint.

177.    In response to the allegations contained in paragraph numbered 177 of the Complaint, Star One, SOSI, MJH, JC and RC admit that MJH agreed to speak with Roberto Villanueva regarding Lina Fernandez and selection of food.  Star One, SOSI, MJH, JC and RC deny all remaining allegations in paragraph numbered 177 of the Complaint.

178.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 178 of the Complaint.

179.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 179 of the Complaint.

180.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 180 of the Complaint.

181.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 181 of the Complaint.

182.    In response to the allegations contained in paragraph numbered 182 of the Complaint, Star One, SOSI, MJH, JC and RC deny that they took no action in response to concerns raised by the workers.  Lina Fernandez was reassigned to office work after the investigation and her employment was eventually terminated.

**Substandard Living Conditions**

183.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 183 of the Complaint.

184.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 184 of the Complaint.

185.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 185 of the Complaint.

186.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 186 of the Complaint.

187.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 187 of the Complaint.

188.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 188 of the Complaint.

189.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 189 of the Complaint.

190.    Star One, SOSI, MJH, JC and RC admit that some lawful deductions were taken from Plaintiffs' pay from July 31, 2006 through December 31, 2007, but deny all remaining allegations contained in paragraph 190 of the Complaint.

191.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 191 of the Complaint.

Florida Housing

*Miami House I*

192.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 192 of the Complaint.

193.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 193 of the Complaint.

194.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 194 of the Complaint.

195.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 195 of the Complaint.

196.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 196 of the Complaint.

197.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 197 of the Complaint.

198.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 198 of the Complaint.

*Miami House II*

199.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 199 of the Complaint.

200.    Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 200 of the Complaint.

201.    Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 201 of the Complaint.

202.    Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 202 of the Complaint.

203.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 203 of the Complaint.

204.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 204 of the Complaint.

205.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 205 of the Complaint.

206.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 206 of the Complaint.

207.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 207 of the Complaint.

208.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 208 of the Complaint.

209.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 209 of the Complaint.

210.     Star One, SOSI, MJH, JC and RC deny that MJH visited Miami House II.

### *Boca House*

211.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 211 of the Complaint.

212.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 212 of the Complaint.

213.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 213 of the Complaint.

214.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 214 of the Complaint.

215.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 215 of the Complaint.

216.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 216 of the Complaint.

217.     In response to the allegations contained in paragraph numbered 217 of the Complaint, Star One, SOSI, MJH, JC and RC admit that MJH visited the Boca House on one occasion for a Christmas party, but did not tour the house.

218.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 218 of the Complaint.

219.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 219 of the Complaint.

220.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 220 of the Complaint.

221.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 221 of the Complaint.

<u>Transfer of Plaintiffs to New York</u>

222.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 222 of the Complaint.

223.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 223 of the Complaint.

224.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 224 of the Complaint.

225.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 225 of the Complaint.

226.     In response to the allegations contained in paragraph numbered 226 of the Complaint, Star One, SOSI, MJH, JC and RC admit that after completing an assignment,

workers were asked if they wanted to work another assignment in a different location.  Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny all remaining allegations in paragraph numbered 226 of the Complaint.

227.    Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 227 of the Complaint.

228.    In response to the allegations contained in paragraph numbered 228 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Relampagos and Ramos no longer worked for Star One after April 2007, but deny the remaining allegations contained in paragraph 228 of the Complaint.

<u>New York Housing</u>

<u>*Motel*</u>

229.    In response to the allegations contained in paragraph numbered 229 of the Complaint, Star One, SOSI, MJH, JC and RC admit that workers were housed in motel rooms while obtaining permanent housing.  Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny all remaining allegations in paragraph numbered 229 of the Complaint.

230.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 230 of the Complaint.

231.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny all allegations in paragraph numbered 231 of the Complaint.

232.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 232 of the Complaint.

233.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 233 of the Complaint.

<u>New York Houses</u>

234. Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 234 of the Complaint.

235. In response to the allegations contained in paragraph numbered 235 of the Complaint, Star One, SOSI, MJH, JC and RC admit that the addresses listed were some, but not all, of the housing options in the New York area.

236. Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 236 of the Complaint.

237. In response to the allegations contained in paragraph numbered 237 of the Complaint, Star One, SOSI, MJH, JC and RC admit that the addresses listed were single-family houses, but deny that the address listed were inclusive of all housing options in the New York area.

238. Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 238 of the Complaint.

239. Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 239 of the Complaint.

240. Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 240 of the Complaint.

241. Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 241 of the Complaint.

242. Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 242 of the Complaint.

<u>Plaintiffs' Limited Access to Food</u>

243.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 243 of the Complaint.

244.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 244 of the Complaint.

245.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 245 of the Complaint.

246.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 246 of the Complaint.

247.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 247 of the Complaint.

248.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 248 of the Complaint.

249.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 249 of the Complaint.

250.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 250 of the Complaint.

251.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 251 of the Complaint.

252.    Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 252 of the Complaint.

**Working Conditions & Unlawfully Low Pay**

Failure to Provide Promised Work

253.     Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 253 of the Complaint.

254.     Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 254 of the Complaint.

New York Attorney General Investigation of Wage Violations

255.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 255 of the Complaint.

256.     Star One, SOSI, MJH, JC and RC admit that the allegations in paragraph numbered 256 of the Complaint were the findings of the New York Attorney General, but neither admit nor deny the findings.

257.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 257 of the Complaint.

258.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 258 of the Complaint.

Florida Employment

259.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 259 of the Complaint.

260.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 260 of the Complaint.

261.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 261 of the Complaint.

262.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 262 of the Complaint.

## New York Employment

263.    In response to the allegations contained in paragraph numbered 263 of the Complaint, Star One, SOSI, MJH, JC and RC admit that certain Plaintiffs were assigned to different banquet halls, hotels and country clubs.  Star One, SOSI, MJH, JC and RC deny all remaining allegations in paragraph numbered 263 of the Complaint.

264.    Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 264 of the Complaint.

265.    Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 265 of the Complaint.

## Excessive Work Requirements

266.    Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 266 of the Complaint.

267.    Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 267 of the Complaint.

## Defendants' Failure to Pay Plaintiffs

268.    Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 268 of the Complaint.

269.    Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 269 of the Complaint.

270.    Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 270 of the Complaint.

271.     Star One, SOSI, MJH, JC and RC admit that Plaintiff's were generally paid by direct deposit to their bank accounts and assisted in setting up the accounts for some workers, but deny the remaining allegations in paragraph numbered 271 of the Complaint.

272.     In response to the allegations contained in paragraph numbered 272 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs were either paid from Star One's or SOSI's bank account.

273.     Star One, SOSI, MJH, JC and RC admit the allegations in paragraph numbered 273 of the Complaint.

274.     Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 274 of the Complaint.

275.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 275 of the Complaint.

276.     Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 276 of the Complaint.

277.     Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 277 of the Complaint.

278.     Star One, SOSI, MJH, JC and RC deny the allegations in paragraph numbered 278 of the Complaint.

<u>Unlawful Deductions</u>

*Cost Associated with Recruitment & Relocation*

279.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 279 of the Complaint.

280.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 280 of the Complaint.

281.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 281 of the Complaint.

282.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 282 of the Complaint.

*Food, Housing and Transportation Deductions*

283.     Star One, SOSI, MJH, JC and RC admit deducting food, housing and transportation expenses from Plaintiffs' wage from July 31, 2006 to December 31, 2007, but deny all remaining allegations contained in paragraph 283 of the Complaint.

284.     Star One, SOSI, MJH, JC and RC admit that it made reasonable and lawful deductions from Plaintiffs' pay, but deny all remaining allegations contained in paragraph 284 of the Complaint.

285.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 285 of the Complaint.

286.     Star One, SOSI, MJH, JC and RC admit deducting food, housing and transportation expenses from Plaintiffs' wage from July 31, 2006 to December 31, 2007, but deny all remaining allegations contained in paragraph 286 of the Complaint.

287.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 287 of the Complaint.

288.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 288 of the Complaint.

289.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 289 of the Complaint.

290.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 290 of the Complaint.

291.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 291 of the Complaint.

292.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 292 of the Complaint.

293.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 293 of the Complaint.

294.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 294 of the Complaint.

## *Unsolicited Payroll Advances*

295.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 295 of the Complaint.

296.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 296 of the Complaint.

297.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 297 of the Complaint.

## *Uncompensated Work*

298.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 298 of the Complaint.

299.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 299 of the Complaint.

300.    Star One, SOSI, MJH, JC and RC admit the allegations contained in paragraph 300 of the Complaint.

301.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 301 of the Complaint.

302.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 302 of the Complaint.

303.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 303 of the Complaint.

### *Failure to Provide Tips*

304.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 304 of the Complaint.

305.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 305 of the Complaint.

### *Failure to Pay Last Month of Work*

306.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 306 of the Complaint.

### *Failure to Pay Minimum, Overtime and Promised Wages*

307.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 307 of the Complaint.

308.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 308 of the Complaint.

309.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 309 of the Complaint.

310.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 310 of the Complaint.

311.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 311 of the Complaint.

## Plaintiffs' Escape from Star One

312.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 312 of the Complaint.

313.    Star One, SOSI, MJH, JC and RC admit that Plaintiff Ripotola no longer worked for Star One in November 2006, but deny the remaining allegations contained in paragraph 313 of the Complaint.

314.    Star One, SOSI, MJH, JC and RC admit that Plaintiffs Rueda and Caluya no longer worked for Star One in January 2007, but deny the remaining allegations contained in paragraph 314 of the Complaint.

315.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 315 of the Complaint.

316.    Star One, SOSI, MJH, JC and RC admit that Plaintiff Relampagos no longer worked for Star One in May 2007, but deny the remaining allegations contained in paragraph 316 of the Complaint.

317.    Star One, SOSI, MJH, JC and RC admit that Plaintiff Ramos no longer worked for Star One in May 2007, but deny the remaining allegations contained in paragraph 317 of the Complaint.

318.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 318 of the Complaint.

319.    Star One, SOSI, MJH, JC and RC admit that Plaintiff De Quiros no longer worked for Star One in June 2007, but deny the remaining allegations contained in paragraph 319 of the Complaint.

320.    Star One, SOSI, MJH, JC and RC admit that Plaintiffs Auingan, Halup, Liwag, Real and Ordonez no longer worked for Star One in October 2007, but deny the remaining allegations contained in paragraph 320 of the Complaint.

321.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 321 of the Complaint.

322.    Star One, SOSI, MJH, JC and RC admit that Plaintiff Magnifico no longer worked for Star One in October 2007, but deny the remaining allegations contained in paragraph 322 of the Complaint.

323.    Star One, SOSI, MJH, JC and RC admit that Plaintiff Real no longer worked for Star One in October 2007, but deny the remaining allegations contained in paragraph 323 of the Complaint.

324.    Star One, SOSI, MJH, JC and RC admit that Plaintiff Lim no longer worked for Star One in November 2007, but deny the remaining allegations contained in paragraph 324 of the Complaint.

**CLAIMS FOR RELIEF**

<u>FIRST CLAIM FOR RELIEF</u>

Trafficking Victims Protection Act of 2003 ("TVPA")
Forced Labor, 18 U.S.C. § 1589

*(Defendants Star One, Star One International, Villanueva, Fernandez)*

325.    In response to the allegations contained in paragraph numbered 325 of the Complaint, Star One and SOSI re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

326.    In response to the allegations contained in paragraph numbered 326 of the Complaint, Star One and SOSI admit that Plaintiffs bring this action against Star One, SOSI,

Villanueva and Fernandez, but deny that Plaintiffs are entitled to any relief against Star One or SOSI.

327.   In response to the allegations contained in paragraph numbered 327 of the Complaint, Star One and SOSI admit that Plaintiffs bring this action under 18 U.S.C. § 1595, but deny that Plaintiffs are entitled to any relief against Star One or SOSI thereunder.

328.   Star One and SOSI deny the allegations contained in paragraph 328 of the Complaint.

329.   Star One and SOSI deny the allegations contained in paragraph 329 of the Complaint.

330.   Star One and SOSI deny the allegations contained in paragraph 330 of the Complaint.

331.   Star One and SOSI deny the allegations contained in paragraph 331 of the Complaint.

332.   Star One and SOSI deny the allegations contained in paragraph 332 of the Complaint.

333.   Star One and SOSI deny the allegations contained in paragraph 333 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

<u>SECOND CLAIM FOR RELIEF</u>

Trafficking Victims Protection Act of 2003 ("TVPA")
Human Trafficking, 18 U.S.C. § 1590

*(Defendants Star One, Star One International, Villanueva, Fernandez)*

334.   In response to the allegations contained in paragraph numbered 334 of the Complaint, Star One and SOSI re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

335.    In response to the allegations contained in paragraph numbered 335 of the Complaint, Star One and SOSI admit that Plaintiffs bring this action against Star One, SOSI, Villanueva and Fernandez, but deny that Plaintiffs are entitled to any relief against Star One or SOSI.

336.    In response to the allegations contained in paragraph numbered 336 of the Complaint, Star One and SOSI admit that Plaintiffs bring this action under 18 U.S.C. § 1595, but deny that Plaintiffs are entitled to any relief against Star One or SOSI thereunder.

337.    Star One and SOSI deny the allegations contained in paragraph 337 of the Complaint.

338.    Star One and SOSI deny the allegations contained in paragraph 338 of the Complaint.

339.    Star One and SOSI deny the allegations contained in paragraph 339 of the Complaint.

340.    Star One and SOSI deny the allegations contained in paragraph 340 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

<u>THIRD CLAIM FOR RELIEF</u>

Alien Tort Statute ("ATS")
18 U.S.C. § 1590
Involuntary Servitude and Force Labor

*(Defendants Star One, Star One International, Villanueva, Fernandez)*

341.    In response to the allegations contained in paragraph numbered 341 of the Complaint, Star One and SOSI re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

342.    In response to the allegations contained in paragraph numbered 342 of the Complaint, Star One and SOSI admit that Plaintiffs bring this action against Star One, SOSI,

Villanueva and Fernandez, but deny that Plaintiffs are entitled to any relief against Star One or SOSI.

343.    In response to the allegations contained in paragraph numbered 343 of the Complaint, Star One and SOSI admit, for jurisdictional purposes only, that this Court has jurisdiction over such claims.

344.    Star One and SOSI deny the allegations contained in paragraph 344 of the Complaint.

345.    Star One and SOSI are without knowledge and therefore deny the allegations in paragraph numbered 345 of the Complaint.

346.    Star One and SOSI deny the allegations contained in paragraph 346 of the Complaint.

347.    Star One and SOSI are without knowledge and therefore deny the allegations in paragraph numbered 347 of the Complaint.

348.    Star One and SOSI, deny the allegations contained in paragraph 348 of the Complaint.

349.    Star One and SOSI deny the allegations contained in paragraph 349 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

<u>FOURTH CLAIM FOR RELIEF</u>

Alien Tort Statute ("ATS")
18 U.S.C. § 1590
Human Trafficking

*(Defendants Star One, Star One International, Villanueva, Fernandez)*

350.    In response to the allegations contained in paragraph numbered 350 of the Complaint, Star One and SOSI re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

351.    In response to the allegations contained in paragraph numbered 351 of the Complaint, Star One and SOSI admit that Plaintiffs bring this action against Star One, SOSI, Villanueva and Fernandez, but deny that Plaintiffs are entitled to any relief against Star One or SOSI.

352.    In response to the allegations contained in paragraph numbered 352 of the Complaint, Star One and SOSI admit, for jurisdictional purposes only, that this Court has jurisdiction over such claims.

353.    Star One and SOSI deny the allegations contained in paragraph 353 of the Complaint.

354.    Star One and SOSI are without knowledge and therefore deny the allegations in paragraph numbered 354 of the Complaint.

355.    Star One and SOSI deny the allegations contained in paragraph 355 of the Complaint.

356.    Star One and SOSI deny the allegations contained in paragraph 356 of the Complaint.

357.    Star One and SOSI are without knowledge and therefore deny the allegations in paragraph numbered 357 of the Complaint.

358.    Star One and SOSI deny the allegations contained in paragraph 358 of the Complaint.

359.    Star One and SOSI deny the allegations contained in paragraph 359 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

FIFTH CLAIM FOR RELIEF

Racketeer Influenced and Corruption Organizations Act
18 U.S.C. § 1962(c) and 18 U.S.C. § 1962(d)
Human Trafficking

*(Defendants Star One, Star One International, Hague, Villanueva and Fernandez)*

360.    The allegations contained in paragraphs 360-396 of the Complaint are the subject of a Motion to Dismiss Plaintiffs' Fifth, Seventh, Eighth and Ninth Claims for failure to state a cause of action.  Accordingly, in light of the pending Motion to Dismiss, Star One and SOSI have no obligation to respond to the allegations contained in paragraphs 360-396 of the Complaint at this time.  To the extent a response is required, Star One and SOSI deny the allegations contained in paragraphs 360-396 of the Complaint.

SIXTH CLAIM FOR RELIEF

Fair Labor Standards Act ("FLSA")
29 U.S.C. §§ 201 *et seq.*

*(All Defendants)*

397.    In response to the allegations contained in paragraph numbered 397 of the Complaint, Star One, SOSI, MJH, JC and RC re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

398.    In response to the allegations contained in paragraph numbered 398 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs bring this action against all Defendants, but deny that Plaintiffs are entitled to any relief against Star One, SOSI, MJH, JC or RC.

399.    In response to the allegations contained in paragraph numbered 399 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs bring this action under 29

U.S.C. § 216(b), but deny that Plaintiffs are entitled to any relief against Star One, SOSI, MJH, JC or RC thereunder.

400.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 400 of the Complaint.

401.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 401 of the Complaint.

402.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 402 of the Complaint.

403.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 403 of the Complaint.

404.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 404 of the Complaint.

405.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 405 of the Complaint.

406.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 406 of the Complaint.

407.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 407 of the Complaint.

408.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 408 of the Complaint.

409.   Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 409 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

## SEVENTH CLAIM FOR RELIEF

New York Labor Law – Minimum Wages
N.Y. Lab. L. §§ 190 *et seq.* and 650 *et seq.*

*(All Defendants)*

410.    The allegations contained in paragraphs 410-419 of the Complaint are the subject of a Motion to Dismiss Plaintiffs' Fifth, Seventh, Eighth and Ninth Claims for failure to state a cause of action.  Accordingly, in light of the pending Motion to Dismiss, Star One, SOSI, MJH, JC and RC have no obligation to respond to the allegations contained in paragraphs 410-419 of the Complaint at this time.  To the extent a response is required, Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraphs 410-419 of the Complaint.

## EIGHTH CLAIM FOR RELIEF

New York Labor Law – Overtime
N.Y. Lab. L. §§ 650 *et seq.*

*(All Defendants)*

420.    The allegations contained in paragraphs 420-428 of the Complaint are the subject of a Motion to Dismiss Plaintiffs' Fifth, Seventh, Eighth and Ninth Claims for failure to state a cause of action.  Accordingly, in light of the pending Motion to Dismiss, Star One, SOSI, MJH, JC and RC have no obligation to respond to the allegations contained in paragraphs 420-428 of the Complaint at this time.  To the extent a response is required, Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraphs 420-428 of the Complaint.

NINTH CLAIM FOR RELIEF

New York Labor Law – Spread of Hours
1 N.Y. Comp. Codes R. & Regs. Tit. § 137-1.7

*(All Defendants)*

429.    The allegations contained in paragraphs 429-436 of the Complaint are the subject

of a Motion to Dismiss Plaintiffs' Fifth, Seventh, Eighth and Ninth Claims for failure to state a

cause of action.  Accordingly, in light of the pending Motion to Dismiss, Star One, SOSI, MJH,

JC and RC have no obligation to respond to the allegations contained in paragraphs 429-436 of

the Complaint at this time.  To the extent a response is required, Star One, SOSI, MJH, JC and

RC deny the allegations contained in paragraphs 429-436 of the Complaint.

TENTH CLAIM FOR RELIEF

Breach of Contract

*(Defendants Star One, Star One International, Hague,*
*J. Carruthers, R. Carruthers, Villanueva)*

Philippines Plaintiffs

437.    In response to the allegations contained in paragraph numbered 437 of the

Complaint, Star One, SOSI, MJH, JC and RC re-allege and incorporate by reference each and

every response contained in Paragraphs 1 through 324 as if set forth fully herein.

438.    In response to the allegations contained in paragraph numbered 438 of the

Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs bring this action against Star

One, SOSI, MJH, JC, RC and Villanueva, but deny that Plaintiffs are entitled to any relief

against Star One, SOSI, MJH, JC or RC.

439.    In response to the allegations contained in paragraph numbered 439 of the

Complaint, Star One, SOSI, MJH, JC and RC admit that Philippines Plaintiffs were offered

employment in the United States for six months and free return transportation to the Philippines

at the expiration of their visas.  Star One, SOSI, MJH, JC and RC deny all remaining allegations contained in paragraph numbered 439 of the Complaint.

440.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 440 of the Complaint.

441.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 441 of the Complaint.

442.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 442 of the Complaint.

443.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 443 of the Complaint.

444.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 444 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

<u>U.S. Plaintiffs</u>

445.     In response to the allegations contained in paragraph numbered 445 of the Complaint, Star One, SOSI, MJH, JC and RC re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

446.     In response to the allegations contained in paragraph numbered 446 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs bring this action against Star One, SOSI, MJH, JC, RC and Villanueva, but deny that Plaintiffs are entitled to any relief against Star One, SOSI, MJH, JC or RC.

447.     In response to the allegations contained in paragraph numbered 447 of the Complaint, Star One, SOSI, MJH, JC and RC admit that U.S. Plaintiffs were offered employment in the United States for six months and free return transportation to the Philippines

at the expiration of their visas.  Star One, SOSI, MJH, JC and RC deny all remaining allegations contained in paragraph numbered 447 of the Complaint.

448.    In response to the allegations contained in paragraph numbered 448 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Ripotola was offered a return ticket to the Philippines as were all other workers.  Star One, SOSI, MJH, JC and RC deny all remaining allegations contained in paragraph numbered 448 of the Complaint.

449.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 449 of the Complaint.

450.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 450 of the Complaint.

451.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 451 of the Complaint.

452.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 452 of the Complaint.

453.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 453 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

<u>ELEVENTH CLAIM FOR RELIEF</u>

Fraud and Negligent Representation

*(All Defendants)*

454.    In response to the allegations contained in paragraph numbered 454 of the Complaint, Star One, SOSI, MJH, JC and RC re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

455.    In response to the allegations contained in paragraph numbered 455 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs bring this action against all

Defendants, but deny that Plaintiffs are entitled to any relief against Star One, SOSI, MJH, JC or RC.

456.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 456 of the Complaint.

457.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 457 of the Complaint.

458.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 458 of the Complaint.

459.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 459 of the Complaint.

460.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 460 of the Complaint.

461.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 461 of the Complaint.

462.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 462 of the Complaint.

463.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 463 of the Complaint.

464.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 464 of the Complaint.

465.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 465 of the Complaint.

466.     Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 466 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

<u>TWELFTH CLAIM FOR RELIEF</u>

Unjust Enrichment

*(All Defendants)*

467.     In response to the allegations contained in paragraph numbered 467 of the Complaint, Star One, SOSI, MJH, JC and RC re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

468.     In response to the allegations contained in paragraph numbered 468 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs bring this action against all Defendants, but deny that Plaintiffs are entitled to any relief against Star One, SOSI, MJH, JC or RC.

469.     In response to the allegations contained in paragraph numbered 469 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs performed work for which Plaintiffs were paid lawful wages.  Star One, SOSI, MJH, JC and RC deny any remaining allegations.

470.     In response to the allegations contained in paragraph numbered 470 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs performed work for which Plaintiffs were paid lawful wages.  Star One, SOSI, MJH, JC and RC deny any remaining allegations.

471.     Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 471 of the Complaint.

472.     In response to the allegations contained in paragraph numbered 472 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs performed work for which

Plaintiffs were paid lawful wages.   Star One, SOSI, MJH, JC and RC deny any remaining allegations.

473.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 473 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

<u>THIRTEENTH CLAIM FOR RELIEF</u>

Intentional Infliction of Emotional Distress

*(Defendants Villanueva and Fernandez)*

474.    The allegations contained in paragraphs 474-479 of the Complaint allege a claim against Roberto Villanueva and Lina Fernandez.  Accordingly, Star One, SOSI, MJH, JC and RC have no obligation to respond to the allegations contained in paragraphs 474-479 of the Complaint at this time.  To the extent a response is required, Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraphs 474-479 of the Complaint.

<u>FOURTEENTH CLAIM FOR RELIEF</u>

Negligent Infliction of Emotional Distress

*(All Defendants)*

480.    In response to the allegations contained in paragraph numbered 480 of the Complaint, Star One, SOSI, MJH, JC and RC re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

481.    In response to the allegations contained in paragraph numbered 481 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs bring this action against all Defendants, but deny that Plaintiffs are entitled to any relief against Star One, SOSI, MJH, JC or RC.

482.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 482 of the Complaint.

483.    The allegations in paragraph numbered 483 of the Complaint constitute conclusions of law which cannot be admitted or denied as assertions of fact.  To the extent an answer is required, Star One, SOSI, MJH, JC and RC deny the allegations.

484.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 484 of the Complaint.

485.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 485 of the Complaint.

486.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 486 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

<u>FIFTEENTH CLAIM FOR RELIEF</u>

Negligent Supervision and Retention

*(Defendants Star One, Star One International, Hague,*
*J. Carruthers, and R. Carruthers)*

487.    In response to the allegations contained in paragraph numbered 487 of the Complaint, Star One, SOSI, MJH, JC and RC re-allege and incorporate by reference each and every response contained in Paragraphs 1 through 324 as if set forth fully herein.

488.    In response to the allegations contained in paragraph numbered 488 of the Complaint, Star One, SOSI, MJH, JC and RC admit that Plaintiffs bring this action against Star One, SOSI, MJH, JC and RC, but deny that Plaintiffs are entitled to any relief against Star One, SOSI, MJH, JC or RC.

489.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 489 of the Complaint.

490.    The allegations in paragraph numbered 490 of the Complaint constitute conclusions of law which cannot be admitted or denied as assertions of fact.  To the extent an answer is required, Star One, SOSI, MJH, JC and RC deny the allegations.

491.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 491 of the Complaint.

492.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 492 of the Complaint.

493.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 493 of the Complaint.

494.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 494 of the Complaint.

495.    Star One, SOSI, MJH, JC and RC are without knowledge and therefore deny the allegations in paragraph numbered 495 of the Complaint.

496.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 496 of the Complaint.

497.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 497 of the Complaint.

498.    The allegations in paragraph numbered 498 of the Complaint constitute conclusions of law which cannot be admitted or denied as assertions of fact.  To the extent an answer is required, Star One, SOSI, MJH, JC and RC deny the allegations.

499.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 499 of the Complaint.

500.    Star One, SOSI, MJH, JC and RC deny the allegations contained in paragraph 500 of the Complaint, and deny that Plaintiffs are entitled to any relief whatsoever.

Star One, SOSI, MJH, JC and RC deny each and every allegation of the Complaint not expressly or otherwise admitted above, and reserves the right to respond to certain allegations if the Court denies their Motion to Dismiss.  Star One, SOSI, MJH, JC and RC also specifically reserve the right to assert any additional affirmative defenses and matters in avoidance that may be disclosed during the course of additional investigation and discovery.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

501.    The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

502.    Star One, SOSI, MJH, JC and RC properly paid Plaintiffs for all wages owed, including overtime pay; therefore, Plaintiffs are not entitled to the back pay or the unpaid wages claimed in this action.

### THIRD AFFIRMATIVE DEFENSE

503.    The Plaintiffs' claims are barred by the provisions of Section 11 of the Portal-to-Portal Act, because the acts or omissions complained of were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

### FOURTH AFFIRMATIVE DEFENSE

504.    Star One, SOSI, MJH, JC and RC assert that any claim for overtime compensation by Plaintiffs must be offset by any premium compensation, overpayments, bonuses of any type, compensatory time off, or other job related benefits paid or provided to Plaintiffs, including a

reduction for any compensation already paid to Plaintiffs for periods not compensable under the FLSA.

## FIFTH AFFIRMATIVE DEFENSE

505.     Some or all of Plaintiffs' statutory claims are barred by the applicable limitations provisions.

## SIXTH AFFIRMATIVE DEFENSE

506.     The Plaintiffs' claims for liquidated damages are barred because Star One, SOSI, MJH, JC and RC did not willfully violate and, in fact, acted in good faith regarding the requirements of the FLSA.

## SEVENTH AFFIRMATIVE DEFENSE

507.     Star One, SOSI, MJH, JC and RC assert that any insubstantial or insignificant periods of recorded working time beyond the scheduled working hours of Plaintiffs, which as a practical administrative matter cannot be recorded precisely for payroll purposes, are de minimis and were properly disregarded for payroll purposes, in accordance with 29 C.F.R. § 785.47.

## EIGHTH AFFIRMATIVE DEFENSE

508.     Star One, SOSI, MJH, JC and RC assert that they are not subject to liability under the FLSA for any alleged failure to pay any compensation for "preliminary or postliminary activities," in accordance with Section 4 of the Portal-to-Portal Act, 29 U.S.C. § 254.

## NINTH AFFIRMATIVE DEFENSE

509.     Star One, SOSI, MJH, JC and RC assert that some or all of Plaintiffs' claims are barred by *res judicata*, waiver, release, estoppel or acquiescence.

## TENTH AFFIRMATIVE DEFENSE

510.    Every portion of the Plaintiffs' FLSA claims arising more than two years prior to the date upon which the Complaint was filed is barred by the limitations period set forth in Section 6 of the Portal-to-Portal Act, 29 U.S.C.§ 255.

## ELEVENTH AFFIRMATIVE DEFENSE

511.    Star One, SOSI, MJH, JC and RC assert that Plaintiffs' claims are barred by payment in that Plaintiffs have received all compensation they are entitled to under the FLSA.

## TWELFTH AFFIRMATIVE DEFENSE

512.    Plaintiffs' claims are barred as Plaintiffs are exempt from the overtime provision of Section 13 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §213(a)(1).

## THIRTEENTH AFFIRMATIVE DEFENSE

513.    Plaintiff's claims are barred, in whole or in part, due to the inapplicability of the Fair Labor Standards Act, 29 U.S.C. §216(b).  Star One and SOSI are not employers within the meaning of the statute.

## FOURTEENTH AFFIRMATIVE DEFENSE

514.    Plaintiffs fail to plead its allegations of fraud with particularity as required by Fed.R.Civ.P. 9(b).

## FIFTEENTH AFFIRMATIVE DEFENSE

515.    Plaintiffs fail to plead with particularity the required predicate acts necessary to set forth a claim under 18 U.S.C. §§ 1961 and 1962.

## SIXTEENTH AFFIRMATIVE DEFENSE

516.     Star One, SOSI, MJH, JC and RC state that they did not knowingly condone, ratify or consent to the conduct of any employee or agent as asserted in the Complaint, and therefore Star One, SOSI, MJH, JC and RC are not subject to liability or vicarious liability.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

517.    Star One, SOSI, MJH, JC and RC state they did not have any notice, active or constructive, of the conduct of any employee or agent as asserted in the Complaint, and therefore Star One, SOSI, MJH, JC and RC are not subject to liability or vicarious liability.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

518.    Star One, SOSI, MJH, JC and RC state that if they were negligent as alleged in the Complaint, which negligence they deny, then such negligence was not the cause of Plaintiffs' alleged injuries or damages.

**NINETEENTH AFFIRMATIVE DEFENSE**

519.    Plaintiffs cannot prevail on their negligent misrepresentation claims because the Plaintiffs did not justifiably rely on any alleged misrepresentations.

**TWENTIETH AFFIRMATIVE DEFENSE**

520.    Plaintiffs have failed to state a cause of action that would make MJH, JC or RC individually liable. Plaintiffs have failed to show conduct or actions wherein it would be appropriate to pierce the corporate veil.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

521.    Plaintiffs have failed to state a claim for unjust enrichment against Star One, SOSI, MJH, JC or RC upon which relief can be granted. Plaintiffs have failed to allege any knowledge or voluntary receipt of a benefit conferred on Star One, SOSI, MJH, JC or RC which gives rise to the claims alleged.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

522.    Plaintiffs' breach of contract claim is barred because the alleged contracts are unenforceable due to a lack of consideration.

WHEREFORE, having answered the Complaint herein, having raised affirmative defenses thereto, Star One Staffing, Inc., Star One Staffing International, Inc., Mary Jane Hague, John Carruthers, and Ruth Carruthers request that the claims against each of them contained in the Complaint be summarily dismissed.

Date: October 29, 2010

Respectfully submitted,

GRAYROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

By:    /s/ Marlene Quintana
        Marlene Quintana
        Marlene.quintana@gray-robinson.com
        Florida Bar No.: 88358

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on this Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## Service List

Gregory S. Schell, Esq.
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
508 Lucerne Avenue
Lake Worth, FL  33460-3819
*Counsel for Plaintiffs*

Lynsay K. Gott, Esq.
Refugee and Detention Project Associate
World Organization for Human Rights US
2029 P Street N.W., Suite 202
Washington, DC 20036
*Co-Counsel for Plaintiffs*

Annie B. Smith
Visiting Associate Clinical Professor of
    Law and Friedman Fellow
George Washington University Law School
2000 G Street, N.W.
Washington, DC 20052
*Co-Counsel for Plaintiffs*

Theresa L. Harris, Esq.
Executive Director
World Organization for Human Rights USA
2029 P Street, N.W., Suite 202
Washington, DC 20036
*Co-Counsel for Plaintiffs*

By:____/s/ Marlene Quintana_____
        Marlene Quintana