UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: 9:10-cv-80771-KLR

| | |
|---|---|
| Roy Magnifico, Roma Lim, Rezza Real, Jeanette Halup, Bonifacio Ramos, Lucille Liwag, Ross Ripotola, Raul Rueda, Aries Caluya, Aris Ordonez, Ritche Relampagos, Percival De Quiros, and Jose Auingan,<br><br>    Plaintiffs<br><br>v.<br><br>Roberto Villanueva, Redelina Fernandez, Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs apply to the Clerk for entry of default against Defendant Redelina Fernandez.

As reflected in the Affidavit of Service filed with the Court (Docket Entry 39), on December 26, 2010, the Summons, Complaint and Corrected First Amended Complaint

in this matter were served on Defendant Fernandez' sister-in-law, a person of suitable age and discretion, at Defendant Fernandez' usual place of abode in Las Vegas, Nevada.

Defendant Fernandez was required to serve her answer or otherwise plead no later than February 18, 2011. She has yet to file a responsive pleading or otherwise respond to the complaint. Thus, Plaintiffs request that the Clerk enter Defendant Fernandez's default in the docket in the above-captioned case.

Respectfully submitted this 20th day of January 2011,

/s/ Gregory Schell
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
FLORIDA LEGAL SERVICES, INC.
508 Lucerne Avenue
Lake Worth, FL 33460-3819
Telephone:   (561) 582-3921
Facsimile:    (561) 582-4884
Email:
Greg@Floridalegal.org


/s/ Annie Smith
Annie Smith
Visiting Associate Clinical Professor of Law
George Washington University Law School
International Human Rights Clinic
2000 G Street, NW
Washington, DC 20052
Telephone: (202) 994-7659
Facsimile: (202) 994-4693


/s/ Theresa Harris
Theresa Harris, Executive Director

/s/ Allison Lefrak
Allison Lefrak, Litigation Director

/s/ Lynsay Gott
Lynsay Gott, Program Director

World Organization for Human
Rights USA
2029 P Street NW, Suite 202
Washington, DC 20036
Telephone: (202) 296-5702
Facsimile: (202) 296-5704

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2011, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Marlene Quintana Esq. via transmission of Notices of Electronic Filing generated by CM/ECF and on Roberto Villanueva via U.S. Mail to 4699 NW 7th Ave, Miami, FL 33127.

/s/ Gregory Schell
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
FLORIDA LEGAL SERVICES, INC.
508 Lucerne Avenue
Lake Worth, FL 33460-3819
Telephone:    (561) 582-3921
Facsimile:     (561) 582-4884
Email: Greg@Floridalegal.org