# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## **CLERK'S DEFAULT**

Roy Magnifico, et al.                          CASE NO. 10-80771-CIV-Ryskamp

     Plaintiff(s),

v.

Redelina Fernandez.

     Defendant(s).

_____/

FILED by __*LS*__ D.C.

**Jan 21, 2011**

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

     It appearing that the defendant(s) herein, Redelina Fernandez, is  in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Redelina Fernandez, as of course, on this date January 21, 2011.

                                      **STEVEN M. LARIMORE**
                                      CLERK OF COURT

                                       *Lisa I. Streets*
                         By:_____
                                  Lisa I. Streets
                                  Deputy Clerk

cc:   Hon. Kenneth L. Ryskamp
       Counsel of Record
       Redelina Fernandez
       5308 Polizze Avenue
       Las Vegas, NV