UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.: 9:10-cv-80771-KLR

| | |
|---|---|
| Roy Magnifico, Roma Lim, Rezza Real, Jeanette Halup, Bonifacio Ramos, Lucille Liwag, Ross Ripotola, Raul Rueda, Aries Caluya, Aris Ordonez, Ritche Relampagos, Percival De Quiros, Jose Auingan, Denlit Fausto, Cesar Ramos, Irene David, Arnold Laxamana, and Robert Bautista,<br><br>Plaintiffs<br><br>v.<br><br>Roberto Villanueva, Redelina Fernandez, Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure and Judge Ryskamp's October 25, 2011 Order (Docket Entry 99), Plaintiffs apply to the Clerk for entry of default against Defendant Roberto Villanueva ("Defendant Villanueva"). Judge Ryskamp's Order granted Defendant Villanueva five days, until October 31, 2011, to file an answer or otherwise respond to Plaintiffs' complaint. (Docket Entry 99.) That deadline has now passed

1

and Defendant Villanueva has still not filed his answer. Thus, Plaintiffs respectfully request that the Clerk enter Defendant Villanueva's default in the docket in the above-captioned case.

Respectfully submitted this 1st day of November 2011,

        /s/ Gregory Schell
        Gregory S. Schell
        Florida Bar Number 287199
        Migrant Farmworker Justice Project
        FLORIDA LEGAL SERVICES, INC.
        508 Lucerne Avenue
        Lake Worth, FL 33460-3819
        Telephone:   (561) 582-3921
        Facsimile:    (561) 582-4884
        Email:         Greg@Floridalegal.org


        /s/ Annie Smith
        Annie Smith
        Visiting Associate Clinical Professor of Law
        George Washington University Law School
        International Human Rights Clinic
        2000 G Street, NW
        Washington, DC 20052
        Telephone: (202) 994-7659
        Facsimile: (202) 994-4693


        /s/ Theresa Harris
        Theresa Harris, Executive Director

        /s/ Allison Lefrak
        Allison Lefrak, Litigation Director

        /s/ Lynsay Gott
        Lynsay Gott, Program Director
        World Organization for Human Rights USA
        2029 P Street NW, Suite 202
        Washington, DC 20036
        Telephone: (202) 296-5702
        Facsimile: (202) 296-5704

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2011, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Roberto Villanueva via email to bobbyvillanueva06@yahoo.com, as mail is currently undeliverable to his address. I further certify that the foregoing document is being served this day on Marlene Quintana, counsel for Defendants Star One Staffing, Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Gregory Schell
Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
FLORIDA LEGAL SERVICES, INC.
508 Lucerne Avenue
Lake Worth, FL 33460-3819
Telephone:   (561) 582-3921
Facsimile:   (561) 582-4884
Email:   Greg@Floridalegal.org