1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CLERK'S DEFAULT

Roy Magnifico, et al.                    CASE NO. 10-CV-80771-Ryskamp

    Plaintiff(s),
v.

Roberto Villanueva

    Defendant(s).
_____/

> FILED by _*LS*_ D.C.
>
> **Nov 2, 2011**
>
> STEVEN M. LARIMORE
> CLERK
> U.S. DIST. CT.
> S.D. OF FLA.

It appearing that the defendant(s) herein, Roberto Villanueva, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Roberto Villanueva, as of course, on this date November 2, 2011.

**STEVEN M. LARIMORE**
CLERK OF COURT

*Lisa I. Streets*
By:_____
    Lisa I. Streets
    Deputy Clerk

cc:    Hon. Kenneth L. Ryskamp
       Counsel of Record
       Roberto Villanueva
       4699 NW 7th Avenue
       Miami, FL 33127