UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-80771-RYSKAMP/VITUNAC

ROY MAGNIFICO et al.,

    Plaintiffs,

v.

ROBERTO VILLANUEVA et al.,

    Defendants.

_____/

**ORDER GRANTING RENEWED JOINT MOTION TO APPROVE FLSA SETTLEMENT AGREEMENT**

**THIS CAUSE** comes before the Court on the parties' renewed joint motion to approve settlement agreement and to dismiss with prejudice **[DE 121]** filed on June 15, 2012. Plaintiffs' complaint alleges, *inter alia*, that Defendants violated the minimum wage and overtime compensation requirements of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. Plaintiffs and the non-defaulting defendants, Star One Staffing Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers, have entered into a settlement agreement and seek dismissal of Plaintiffs' claims with prejudice.

When a private action is brought under the FLSA, as is the case with the instant action, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). After careful consideration of the settlement agreement **[DE 121-1]**, the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA suit. *See id.* at 1354. Accordingly, it is hereby,

1

2

**ORDERED AND ADJUDGED** that the parties' joint motion to approve confidential settlement agreement and to dismiss with prejudice **[DE 121]** is **GRANTED**.  The settlement agreement **[DE 121-1]** is **APPROVED** as a fair and reasonable resolution of the parties' FLSA dispute.  Plaintiffs' claims against Star One Staffing Inc., Star One Staffing International, Mary Jane Hague, John Carruthers, and Ruth Carruthers are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs except as otherwise provided for in the settlement agreement.  The Court shall retain jurisdiction against these defendants solely for the purpose of enforcing the terms of the settlement agreement.  It is further

**ORDERED AND ADJUDGED** that Plaintiffs shall file a motion for default judgment against the defaulting defendants, Roberto Villanueva and Redelina Fernandez, within 90 days of this order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25 day of June, 2012.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE